UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **CHEYENNE RIVER SIOUX TRIBE**<br>P. O. Box 590<br>Eagle Butte, South Dakota 57625<br><br>                    **Plaintiff,**<br><br>v.<br><br>**DIRK KEMPTHORNE**<br>Secretary of the Interior,<br>U.S. Department of the Interior<br>1849 C Street, N.W.<br>Washington, D.C. 20240<br><br>**ROSS O. SWIMMER**<br>Special Trustee<br>Office of Special Trustee<br>for American Indians<br>Department of the Interior<br>1849 C Street, N.W.<br>Washington, D.C. 20240<br><br>**HENRY PAULSON**<br>Secretary of the Treasury<br>1500 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20220<br><br>                    **Defendants.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.  1:06-cv-1897 RCL<br><br>Judge: Royce C. Lamberth<br><br><br><br>**Motion for Admission**<br>**Pro Hac Vice** |

    Pursuant to LCvR 83.2(d), the undersigned attorney, Patricia Marks, a member in good standing of the bar of this Court, accompanied by Thomas Girardi, a member in good standing of the State Bar of California, hereby respectfully move this Court to permit Thomas Girardi to appear *pro hac vice* in the above entitled action on behalf of the Plaintiff. This motion is supported by the accompanying Declaration of Thomas Girardi prepared and submitted in accordance with LCvR 83.2(d) which demonstrates that Attorney Girardi meets all the requirements of that local rule.

Respectfully submitted this 8th day of November, 2006.

/s/_____
Patricia Marks
US District Court Bar # 22672
15992 A.E. Mullinix Road
Woodbine, Maryland 21707



_____/s/_____
Thomas Girardi
Girardi & Keese
1126 Wilshire Boulevard
Los Angeles, California 90017
(213) 977-0211

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CHEYENNE RIVER SIOUX TRIBE**  )<br>P. O. Box 590  )<br>Eagle Butte, South Dakota  57625  )<br>  )<br>  Plaintiff,  )<br>  )<br>v.  )<br>  )<br>**DIRK KEMPTHORNE**  )<br>**Secretary of the Interior,**  )<br>**U.S. Department of the Interior**  )<br>**1849 C Street, N.W.**  )<br>**Washington, D.C. 20240**  )<br>  )<br>**ROSS O. SWIMMER**  )<br>**Special Trustee**  )<br>**Office of Special Trustee**  )<br>**for American Indians**  )<br>**Department of the Interior**  )<br>**1849 C Street, N.W.**  )<br>**Washington, D.C.  20240**  )<br>  )<br>**HENRY PAULSON**  )<br>**Secretary of the Treasury**  )<br>**1500 Pennsylvania Avenue, N.W.**  )<br>**Washington, D.C. 20220**  )<br>  )<br>  Defendants.  )<br>  ) | Case No.  1:06-cv-1897 RCL<br><br>Judge: Royce C. Lamberth<br><br><br>Declaration to Accompany<br>Motion for Admission<br>Pro Hac Vice |

As required by LCvR 83.2(d), I, Thomas V. Girardi, declare under penalty of perjury as follows:

1. My legal name is Thomas Vincent Girardi.

2. My office address and telephone number are:

    Girardi|Keese
    1126 Wilshire Boulevard
    Los Angeles, California 90017
    (213) 977-0211

3. I have been a member of the State Bar of California since January 13, 1965.  I am also admitted to practice law before the following

    courts:

    The United States District Court for the Central District of California
    Admitted-January 1965

    The United States Supreme Court
    Admitted-January 1965

    The United States District Court for the District of Hawaii
    Admitted, 2001

    The United States District Court for the District of Indiana
    Admitted, 2004

    The United States District Court for the District of Louisiana
    Admitted, 2006

4.    I have never been disbarred or suspended from the practice of law. I have also not been disciplined by any Bar.

5.    Except for my pro hac admissions in the related cases listed below, I have not been admitted to appear pro hac vice in the United States District Court for the District of Columbia within the last two years.

    Wyandot Nation v. Kempthorne, et.al. - 1:05-cv- 02491 RCL
    Lower Brule v. Kempthorne, et.al – 1:05-cv-02495 RCL
    Rosebud v. Kempthorne, et. al. – 1:05-cv-02492 RCL
    Prairie Band of Potawatomi v. Kempthorne, et.al.- 1:05-cv-02496
    Winnbago v. Kempthorne, et. al- 1:05-cv-02493 RCL

6.    I do not engage in the practice of law from an office located in the District of Columbia. I am not a member of the District of Columbia Bar Association, and I do not have an application for membership pending with the District of Columbia Bar.

Respectfully submitted this _8th day of November, 2006.


                                          /s/_____
                                          Thomas V. Girardi, Esq.
                                          Girardi|Keese
                                          1126 Wilshire Boulevard
                                          Los Angeles, California 90017
                                          (213) 977-0211

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **CHEYENNE RIVER SIOUX TRIBE**<br>P. O. Box 590<br>Eagle Butte, South Dakota  57625<br><br>                              **Plaintiff,**<br><br>v.<br><br>**DIRK KEMPTHORNE**<br>**Secretary of the Interior,**<br>**U.S. Department of the Interior**<br>1849 C Street, N.W.<br>Washington, D.C. 20240<br><br>**ROSS O. SWIMMER**<br>**Special Trustee**<br>**Office of Special Trustee**<br>**for American Indians**<br>**Department of the Interior**<br>1849 C Street, N.W.<br>Washington, D.C.  20240<br><br>**HENRY PAULSON**<br>**Secretary of the Treasury**<br>1500 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20220<br><br>                              **Defendants.** | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No.  1:06-cv-1897 RCL<br><br>Judge: Royce C. Lamberth<br><br>**Proposed Order for Admission**<br>**Pro Hac Vice** |

## PROPOSED ORDER

For reasons set forth in the Motion filed by Attorney Thomas Girardi and signed by Attorney Patricia A. Marks, a member in good standing of this BAR, and following a review of Thomas Girardi's Declaration dated November 8th, 2006, which demonstrates that Attorney Girardi meets all the requirements of LCvR83.2(d).  It is ORDERED, this _____ day of November, 2006, that Attorney Thomas Girardi's Motion for Admission to Appear Pro Hac Vice in the above captioned case is GRANTED.

_____
Royce C. Lamberth
United States District Court Judge