UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **CHEYENNE RIVER SIOUX TRIBE**<br>P. O. Box 590<br>Eagle Butte, South Dakota  57625<br><br>           Plaintiff,<br><br>v.<br><br>**DIRK KEMPTHORNE**<br>Secretary of the Interior,<br>U.S. Department of the Interior<br>1849 C Street, N.W.<br>Washington, D.C. 20240<br><br>**ROSS O. SWIMMER**<br>Special Trustee<br>Office of Special Trustee<br>for American Indians<br>Department of the Interior<br>1849 C Street, N.W.<br>Washington, D.C.  20240<br><br>**HENRY PAULSON**<br>Secretary of the Treasury<br>1500 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20220<br><br>           **Defendants.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 1:06 cv-1897<br><br>Judge: Royce C. Lamberth<br><br><br><br>**Motion for Admission**<br>**Pro Hac Vice** |

   Pursuant to LCvR 83.2(d), the undersigned attorney, Patricia Marks, a member in good standing of the bar of this Court, accompanied by Walter Lack, a member in good standing of the State Bar of California, hereby respectfully move this Court to permit Walter Lack to appear *pro hac vice* in the above entitled action on behalf of the Plaintiff.  This motion is supported by the accompanying Declaration of Walter Lack prepared and submitted in accordance with LCvR 83.2(d) which demonstrates that Attorney Lack meets all the requirements of that local rule.

Respectfully submitted this 8th day of November, 2006.

/s/ _____
Patricia Marks
US District Court Bar # 22672
15992 A.E. Mullinix Road
Woodbine, Maryland 21707

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **CHEYENNE RIVER SIOUX TRIBE**<br>P. O. Box 590<br>Eagle Butte, South Dakota  57625<br><br>                              Plaintiff,<br><br>v.<br><br>**DIRK KEMPTHORNE**<br>Secretary of the Interior,<br>U.S. Department of the Interior<br>1849 C Street, N.W.<br>Washington, D.C. 20240<br><br>**ROSS O. SWIMMER**<br>Special Trustee<br>Office of Special Trustee<br>for American Indians<br>Department of the Interior<br>1849 C Street, N.W.<br>Washington, D.C.  20240<br><br>**HENRY PAULSON**<br>Secretary of the Treasury<br>1500 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20220<br><br>                              **Defendants.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.  1:06-cv- 1897 RCL<br><br>Judge: Royce C. Lamberth<br><br><br><br>Declaration to Accompany<br>Motion for Admission<br>Pro Hac Vice |

As required by LCvR 83.2(d), I Walter J. Lack declare under penalty of perjury as follows:

   (1) My legal name is Walter John Lack.

   (2) My office address and telephone number are:

      Engstrom, Lipcomb & Lack
      10100 Santa Monica Boulevard
      16th Floor
      Los Angeles, California 90067-4107
      (310) 552-3800

   (3) I have been admitted to the State Bar of California since November 8, 1973.  I am

      also admitted to practice law before the following courts:

The United States District Court for the Central District of California,
Admitted -November 8, 1973

The United States Court of Appeals for the Ninth Circuit,
Admitted - 1973

The United States Supreme Court,
Admitted - 1981

The United States District Court for the District of Hawaii,
Admitted - February 1, 2001

The United States District Court for the District of Indiana,
Indianapolis Division
Admitted - June 2004.

(4) I have never been suspended from the practice of law or disciplined by any Bar.

(5) I have not been admitted to appear *pro hac vice* in the United States District Court for the District of Columbia within the last two years.

(6) I do not engage in the practice of law from an office located in the District of Columbia. I am not a member of the District of Columbia Bar Association, and I do not have an application for membership pending with the District of Columbia Bar.

Respectfully submitted this 8th day of November, 2006.

    /s_____
Walter John Lack
California Bar #
Engstrom, Lipcomb & Lack
10100 Santa Monica Boulevard
16th Floor
Los Angeles, California 90067-4107
(310) 552-3800

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CHEYENNE RIVER SIOUX TRIBE**<br>P. O. Box 590<br>Eagle Butte, South Dakota  57625<br><br>                              Plaintiff,<br><br>v.<br><br>**DIRK KEMPTHORNE**<br>**Secretary of the Interior,**<br>**U.S. Department of the Interior**<br>1849 C Street, N.W.<br>Washington, D.C. 20240<br><br>**ROSS O. SWIMMER**<br>**Special Trustee**<br>**Office of Special Trustee**<br>**for American Indians**<br>**Department of the Interior**<br>1849 C Street, N.W.<br>Washington, D.C.  20240<br><br>**HENRY PAULSON**<br>**Secretary of the Treasury**<br>1500 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20220<br><br>                              **Defendants.** | Case No.  1:06-cv- 1897 RCL<br><br>Judge: Royce C. Lamberth<br><br>**Proposed Order for Admission**<br>**Pro Hac Vice** |

PROPOSED ORDER

For reasons set forth in the Motion filed by Attorney Walter Lack and signed by Attorney Patricia A. Marks, a member in good standing of this BAR, and following a review of Walter Lack's Declaration dated November 8th, 2006, which demonstrates that Attorney Lack meets all the requirements of LCvR83.2(d).  It is ORDERED, this _____ day of November, 2006, that Attorney Walter Lack's Motion for Admission to Appear Pro Hac Vice in the above captioned case is GRANTED.

_____

Royce C. Lamberth
United States District Court Judge