UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CHEYENNE RIVER SIOUX TRIBE** )<br>      Plaintiff,                            )<br>                                              )<br>             v.                              )<br>                                              )<br>**DIRK KEMPTHORNE**              )<br>**Secretary of the Interior,**         )<br>**U.S. Department of the Interior,** )<br>                                              )<br>**ROSS O. SWIMMER,**              )<br>**Special Trustee, Office of Special Trustee** )<br>**for American Indians,**             )<br>**Department of the Interior,**      )<br>                                              )<br>**HENRY PAULSON,**                 )<br>**Secretary of the Treasury,**       )<br>                                              )<br>**Defendants.**                           )<br>_____) | Case No. 06-1897 RCL |

## ORDER

For the reasons set forth in the Motion [3] filed by Attorney Keith Griffin and signed by Attorney Patricia A. Marks, a member in good standing of this BAR, and following a review of Keith Griffin's Declaration dated November 8th, 2006, which demonstrates that Attorney Griffin meets all the requirements of LCvR83.2(d), it is hereby

ORDERED, that Attorney Keith Griffin's Motion for Admission to Appear Pro Hac Vice in the above captioned case is GRANTED.

SO ORDERED.

Signed by United States District Judge Royce C. Lamberth, November 9, 2006.