# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

**CHEYENNE RIVER SIOUX TRIBE**                )
    **Plaintiff,**                            )          **Case No. 06-1897 RCL**
                                              )
            **v.**                            )
                                              )
**DIRK KEMPTHORNE**                           )
**Secretary of the Interior,**                )
**U.S. Department of the Interior,**          )
                                              )
**ROSS O. SWIMMER,**                          )
**Special Trustee, Office of Special Trustee**)
**for American Indians,**                     )
**Department of the Interior,**               )
                                              )
**HENRY PAULSON,**                            )
**Secretary of the Treasury,**                )
                                              )
**Defendants.**                               )
_____ )

## ORDER

For the reasons set forth in the Motion [5] filed by Attorney Brian Leinbach and signed by

Attorney Patricia A. Marks, a member in good standing of this BAR, and following a review of

Brian Leinbach's Declaration dated November 8th, 2006, which demonstrates that Attorney

Leinbach meets all the requirements of LCvR83.2(d), it is hereby

ORDERED, that Attorney Brian Leinbach's Motion for Admission to Appear Pro Hac

Vice in the above captioned case is GRANTED.

SO ORDERED.

Signed by United States District Judge Royce C. Lamberth, November 9, 2006.