UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CHEYENNE RIVER SIOUX TRIBE**  )<br>P. O. Box 590                                           )<br>Eagle Butte, South Dakota  57625    )<br>                                                           )<br>                           **Plaintiff,**          )<br>                                                           )<br>**v.**                                                    )<br>                                                           )<br>**DIRK KEMPTHORNE, et. Al**        )<br>                                                           ) | Case No.  1:06- cv- 1897 RCL<br><br>Judge: Royce C. Lamberth<br><br>ERRATA |

The Declaration of Keith Griffin, which was filed to accompany the Motion for Admission Pro Hoc Vice of Keith Griffin was undated.  That Declaration should have been dated November 8, 2006.  A copy of the corrected version is attached.

Respectfully submitted this 10th day of November, 2006.

                                                                /s/
                                                                _____
                                                                Patricia Marks, Esq
                                                                15992 A.E. Mullinix Road
                                                                Woodbine, Maryland 21797
                                                                U.S. District Court Bar # 446702
                                                                410-489-4553

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CHEYENNE RIVER SIOUX TRIBE**<br>P. O. Box 590<br>Eagle Butte, South Dakota  57625<br><br>                              Plaintiff,<br><br>v.<br><br>**DIRK KEMPTHORNE**<br>**Secretary of the Interior,**<br>**U.S. Department of the Interior**<br>1849 C Street, N.W.<br>Washington, D.C. 20240<br><br>**ROSS O. SWIMMER**<br>**Special Trustee**<br>**Office of Special Trustee**<br>**for American Indians**<br>**Department of the Interior**<br>1849 C Street, N.W.<br>Washington, D.C.  20240<br><br>**HENRY PAULSON**<br>**Secretary of the Treasury**<br>1500 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20220<br><br>                              **Defendants.** | Case No.  1:06- cv- 1897 RCL<br><br>Judge: Royce C. Lamberth<br><br><br><br>**Declaration to Accompany**<br>**Motion for Admission**<br>**Pro Hac Vice** |

As required by LCvR 83.2(d), I, Keith D. Griffin, declare under penalty of perjury as follows:

    1.      My legal name is Keith D. Griffin.

    2.      My office address and telephone number are:
                Girardi & Keese
                1126 Wilshire Boulevard
                Los Angeles, California 90017
                (213) 977-0211

    3.      I have been a member of the State Bar of California since December of 1999.  I am also admitted to practice law before the United States District Court for the Central District of California, also effective as of December 1999.

4.       I have never been disbarred or suspended from the practice of law. I have also not been disciplined by any Bar.

5.       I have not been admitted to appear *pro hac vice* in the United States District Court for the District of Columbia within the last two years

6.       I do not engage in the practice of law from an office located in the District of Columbia. I am not a member of the District of Columbia Bar Association, and I do not have an application for membership pending with the District of Columbia Bar.

Respectfully submitted this 8th day of November, 2006.


/s/_____
Keith D. Griffin
California Bar # 204388
Girardi & Keese
1126 Wilshire Boulevard
Los Angeles, California 90017
(213) 977-0211