IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHEYENNE RIVER SIOUX TRIBE, )<br>)<br>　　Plaintiff, )<br>)<br>v. )<br>)<br>DIRK KEMPTHORNE, )<br>Secretary of the Interior, <u>et</u> <u>al.</u>, )<br>)<br>　　Defendants. )<br>_____) | No. 1:06-cv-01897-JR |

## NOTICE OF APPEARANCE

To the Clerk:

　　Please enter the appearances of Anthony P. Hoang and Martin J. LaLonde as counsel of record for Defendants in this case.

　　Service of all papers on Mr. Hoang and Mr. LaLonde by regular United States mail should be made to the following mailing address:

　　United States Department of Justice
　　Environment and Natural Resources Division
　　Natural Resources Section
　　P.O. Box 663
　　Washington, D.C. 20044-0663

　　All hand or overnight-mail deliveries to Mr. Hoang and Mr. LaLonde should be made to the following street address:

　　United States Department of Justice
　　Environment and Natural Resources Division
　　Natural Resources Section
　　601 D Street, N.W., Room 3150
　　Washington, D.C. 20004

Respectfully submitted this 22nd day of January, 2007,

        MATTHEW McKEOWN
        Acting Assistant Attorney General

        */s/ Anthony P. Hoang*
        ANTHONY P. HOANG, FL Bar #798193
        Anthony.Hoang@usdoj.gov

        */s/ Martin J. LaLonde*
        MARTIN J. LALONDE, IL Bar #6218249
        Martin.Lalonde@usdoj.gov
        United States Department of Justice
        Environment and Natural Resources Division
        Natural Resources Section
        P.O. Box 663
        Washington, D.C. 20044-0663
        Tel: (202) 305-0241
        Tel: (202) 305-0247
        Fax: (202) 353-2120

        Attorneys for Defendants

OF COUNSEL:

GLADYS ORR COJOCARI
Office of the Solicitor
United States Department of the Interior
Washington, D.C. 20240

TERESA E. DAWSON
Office of the Chief Counsel
Financial Management Service
United States Department of the Treasury
Washington, D.C. 20227

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing NOTICE OF APPEARANCE was served on January 22, 2007, by Electronic Case Filing or by regular, first-class United States mail, postage pre-paid, and electronic mail or telefax, unless otherwise noted below, on the following counsel:

Patricia A. Marks
15992 A.E. Mullinix Road
Woodbine, MD  21797-8440
Fax: (301) 854-5117

Walter J. Lack
Brian J. Leinbach
ENGSTROM, LIPSCOMB & LACK
10100 Santa Monica Blvd., 16th Floor
Los Angeles, CA  90067-4107
Fax: (310) 552-9434

Thomas V. Girardi
Keith Griffin
GIRARDI & KEESE
1126 Wilshire Boulevard
Los Angeles, CA 90017-1904
Fax: (213) 481-1554

Gregory A. Yates
16830 Ventura Blvd, Suite 250
Encino, CA 91436
Fax: (818) 905-7038

/s/ Anthony P. Hoang
ANTHONY P. HOANG