IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHEYENNE RIVER SIOUX TRIBE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DIRK KEMPTHORNE, )<br>Secretary of the Interior, <u>et</u> <u>al.</u>, )<br>)<br>Defendants. )<br>_____) | No. 1:06cv01897-JR |

## **NOTICE OF APPEARANCE**

To the Clerk:

    Please enter the appearance of Jennifer L. Allaire as counsel for Defendants in this case, along with Martin J. LaLonde and Anthony P. Hoang.

    Service of all papers on Ms. Allaire by regular United States mail should be made to the following mailing address:

    United States Department of Justice
    Environment and Natural Resources Division
    Natural Resources Section
    P.O. Box 663
    Washington, D.C. 20044-0663

    Additionally, all hand or overnight-mail deliveries to Ms. Allaire should be made to the following street address:

    United States Department of Justice
    Environment and Natural Resources Division
    Natural Resources Section
    601 D Street, N.W., Room 3146
    Washington, D.C. 20004

Respectfully submitted this 29th day of May, 2007,

                        MATTHEW J. McKEOWN
                        Acting Assistant Attorney General

                                        */s/ Jennifer L. Allaire*
JENNIFER L. ALLAIRE, NJ Bar ##4419-2002
ANTHONY P. HOANG, FL Bar #798193
MARTIN J. LALONDE, IL Bar #6218249
United States Department of Justice
Environment and Natural Resources Division
P. O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0456
Tel: (202) 305-0241
Tel: (202) 305-0247
Fax: (202) 353-2021

Attorneys for Defendants

OF COUNSEL:

GLADYS ORR COJOCARI
Office of the Solicitor
United States Department of the Interior
Washington, D.C. 20240

RACHEL M. HOWARD
Office of the Chief Counsel
Financial Management Service
United States Department of the Treasury
Washington, D.C. 20227

**CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing NOTICE OF APPEARANCE was served on May 29, 2007, by Electronic Case Filing or by regular, first-class United States mail, postage pre-paid, and by electronic mail or telefax, unless otherwise noted below, on the following counsel:

    Patricia A. Marks
    15992 A.E. Mullinix Road
    Woodbine, MD  21797-8440
    Fax: (301) 854-5117

    Walter J. Lack
    Brian J. Leinbach
    ENGSTROM, LIPSCOMB & LACK
    10100 Santa Monica Blvd., 16th Floor
    Los Angeles, CA  90067-4107
    Fax: (310) 552-9434

    Thomas V. Girardi
    Keith Griffin
    GIRARDI & KEESE
    1126 Wilshire Boulevard
    Los Angeles, CA 90017-1904
    Fax: (213) 481-1554

    Gregory A. Yates
    16830 Ventura Blvd, Suite 250
    Encino, CA 91436
    Fax: (818) 905-7038

    */s/ Jennifer L. Allaire*
    JENNIFER L. ALLAIRE