IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHEYENNE RIVER SIOUX TRIBE, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   No. 1:06cv01897-JR |
| | ) |
| DIRK KEMPTHORNE, | ) |
| Secretary of the Interior, et al., | ) |
| | ) |
|     Defendants. | ) |
| _____ | ) |

**PARTIES' JOINT STIPULATION REGARDING
CONFIDENTIALITY OF SETTLEMENT DISCUSSIONS,
AND [PROPOSED] ORDER**

WHEREAS Plaintiff Cheyenne River Sioux Tribe ("Plaintiff") has filed this case seeking declaratory and injunctive relief against Defendants related to the trust accounting and trust management responsibilities allegedly owed by Defendants to Plaintiff;

WHEREAS Plaintiff and Defendants (hereinafter "the parties") desire to enter into discussions that may result in a settlement of Plaintiff's claims at issue in this case, without the need for protracted litigation;

WHEREAS the parties agree that they will conduct settlement discussions with the clear, explicit, and mutual understanding that all of their settlement communications, whether written or oral, will be kept confidential and not be released to any other person or entity;

WHEREAS the parties agree that they will mark clearly the written communications relating to their settlement discussions with the label or endorsement "Confidential Settlement Discussions—Do Not Disclose"; and

WHEREAS the parties agree that their ability to resolve or advance the resolution of Plaintiff's claims at issue in this case, in an efficient and resource-conserving manner and without

the need for protracted litigation, will be significantly diminished if the parties cannot rely on the expectation that the settlement discussions will be kept confidential,

  THE PARTIES HEREBY STIPULATE AND AGREE TO THE FOLLOWING:

  1. For the purposes of this Joint Stipulation and the associated Order, the term "settlement communications" means any communications made, exchanged, or provided by Plaintiff; Plaintiff's attorneys, representatives, employees, agents, or consultants; Defendants; or Defendants' attorneys, representatives, employees, agents, or consultants, in, or for purposes of, settling this case, regardless of whether the communications are oral, written, electronic, telephonic, or otherwise. "Settlement communications" include but are not limited to those provided in or through meetings, telephone calls, correspondence, briefs, or memoranda not filed with the Court, reports, appraisals, or any other documents, and any part thereof.

  2. All settlement communications in this case, whether written or oral, shall be kept confidential, and they shall not be disclosed to any person or entity seeking their disclosure by any means, including but not limited to requests submitted to the United States Department of the Interior, the United States Department of the Treasury, and the United States Department of Justice, under the Freedom of Information Act, 5 U.S.C. § 552.

  3. Until further order of this Court, this Joint Stipulation and the associated Order shall remain in full force and effect after the dismissal of the case and regardless of whether the parties reach settlement.

  Respectfully submitted on this 6th day of November, 2007,

           RONALD J. TENPAS
           Acting Assistant Attorney General

*/s/ Patricia A. Marks, by /s/ Jennifer L. Allaire*
*pursuant to written authorization*

| | |
|---|---|
| *on November 6, 2007* | */s/ Jennifer L. Allaire* |
| PATRICIA A. MARKS | ANTHONY P. HOANG, FL Bar #798193 |
| United States District Court Bar #22672 | JENNIFER L. ALLAIRE |
| 15992 A.E. Mullinix Road | United States Department of Justice |
| Woodbine, MD  21797-8440 | Environment and Natural Resources Division |
| Tel:  (410) 489-4553 | Natural Resources Section |
| Fax: (301) 854-5117 | P.O. Box 663 |
| | Washington, D.C.  20044-0663 |
| WALTER J. LACK | Tel: (202) 305-0241 |
| BRIAN J. LEINBACH | Tel: (202) 305-0456 |
| Engstrom, Lipscomb & Lack | Fax: (202) 353-2021 |
| 10100 Santa Monica Blvd., 16th Floor | |
| Los Angeles, CA  90067-4107 | Attorneys for Defendants |
| Tel:  (310) 552-3800 | |
| Fax: (310) 552-9434 | OF COUNSEL: |
| | |
| THOMAS V. GIRARDI | GLADYS COJOCARI |
| KEITH GRIFFIN | Office of the Solicitor |
| Girardi & Keese | United States Department of the Interior |
| 1126 Wilshire Boulevard | Washington, D.C.  20240 |
| Los Angeles, CA 90017-1904 | |
| Tel:  (213) 977-0211 | TERESA E. DAWSON |
| Fax: (213) 481-1554 | Office of the Chief Counsel |
| | Financial Management Service |
| GREGORY A. YATES | United States Department of the Treasury |
| 16830 Ventura Blvd, Suite 250 | Washington, D.C.  20227 |
| Encino, CA 91436 | |
| Tel:  (310) 858-6944 | |
| Fax: (818) 905-7038 | |

Attorneys for Plaintiff

## **[PROPOSED] ORDER**

SO ORDERED.

Date: _____                    _____
                                       HON. JAMES ROBERTSON
                                       United States District Court