**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CHEYENNE RIVER SIOUX TRIBE, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civil Action No. 06-1897 (JR) |
| : | |
| DIRK KEMPTHORNE, Secretary of : | |
| the Interior, *et al*., : | |
| : | |
| Defendants. : | |

**ORDER**

Upon consent of the parties, it is **ORDERED** that proceedings are temporarily stayed, and that a joint status report be filed on or before July 3, 2008.

JAMES ROBERTSON
United States District Judge