IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CHEYENNE RIVER SIOUX TRIBE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:06cv01897-JR |
| | ) | |
| DIRK KEMPTHORNE, | ) | |
| Secretary of the Interior, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**DEFENDANTS' NOTICE OF FILING CORRECTED RESPONSE TO PLAINTIFF'S MOTION FOR TRUST RECORD PRESERVATION ORDER**

On June 20, 2008, Defendants responded to Plaintiff's motion for trust record preservation order in this case, as ordered by the Court. Docket #45. In their filing heading, Defendants inadvertently included the incorrect case number for this action. The court filing system informed Defendants of the error and Defendants are now submitting the response to Plaintiff's motion for trust record preservation order with the correct case number. Defendants' counsel regret any inconvenience to the Court or Plaintiff as a result of their inadvertence.

Respectfully submitted this 24th day of June 2008,

RONALD J. TENPAS
Assistant Attorney General

*/s/ Jody H. Schwarz*
JODY H. SCHWARZ, DC Bar #493998
ANTHONY P. HOANG, FL Bar #798193
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, DC  20044-0663
Tel:    202-305-0245

Tel: (202) 305-0241
Fax:    202-353-2021
jody.schwarz@usdoj.gov
anthony.hoang@usdoj.gov

Attorney for Defendants

OF COUNSEL:

GLADYS ORR COJOCARI
Office of the Solicitor
United States Department of the Interior
Washington, DC  20240

TERESA E. DAWSON
Office of the Chief Counsel
Financial Management Service
United States Department of the Treasury
Washington, DC  20240

**CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing DEFENDANTS' NOTICE OF FILING CORRECTED RESPONSE TO PLAINTIFF'S MOTION FOR TRUST RECORD PRESERVATION ORDER was served on June 24, 200 using the ECF system for filing and transmittal of a Notice of Electronic Filing to the attorneys listed in the ECF system for this case.


                                        */s/ Jody H. Schwarz*
                                        JODY H. SCHWARZ

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CHEYENNE RIVER SIOUX TRIBE,    )
    )
    Plaintiff,    )
    )
    v.    )    No. 1:06cv01897-JR
    )
DIRK KEMPTHORNE,    )
Secretary of the Interior, <u>et</u> <u>al.</u>,    )
    )
    Defendants.    )
    )

**DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION
FOR ENTRY OF TRUST RECORD PRESERVATION ORDER**

On April 29, 2008, the Salt River Pima-Maricopa Indian Community ("the Community") and other plaintiffs filed motions for the entry of trust record preservation orders ("Motion for RRO") in their respective cases. *See, e.g.,* Motion for RRO, *Salt River Pima-Maricopa Indian Community v. Kempthorne, et al.*, Case No. 06-CV-02241-JR (D.D.C.) (Dkt. No. 31). In the memorandum accompanying the Motion for RRO, counsel for the Community represented that twenty-two additional individual and groups of tribal plaintiffs "joined in th[e] motion." *See, e.g.,* Memo in Support of Motion for RRO, *Salt River Pima-Maricopa Indian Community v. Kempthorne, et al.*, Case No. 06-CV-02241-JR (D.D.C.) (Dkt. No. 32), at 3. Plaintiff in this case, Cheyenne River Sioux Tribe, is among the Tribes identified as having joined in the Motion for RRO. *Id*. Indeed, on May 2, 2008, Plaintiff in the instant case filed a formal motion joining in the Motion for RRO. The Court granted Plaintiff's motion to join on May 6, 2008.

On the same date as this Response to Plaintiff's Motion for Entry of Trust Record Preservation Order ("Response"), the defendants in *Salt River Pima-Maricopa Indian*

*Community* have filed, or will file, a Response to Plaintiff's Motion for Entry of Trust Record

Preservation Order ("Opposition"), as well as numerous declarations in support of the

Opposition.  In the Opposition, the defendants explain in great detail why record retention orders

in these Tribal trust cases are unnecessary and prejudicial to the defendants because the orders

would, (1) in all critical respects, be duplicative of record preservation procedures already in

place, and (2) in numerous critical respects, impose burdens upon the defendants that would

substantially impede their operations and mission.  Because Defendants in the instant case

believe that no trust preservation order is necessary or appropriate, Defendants join in the

Opposition filed by the defendants in *Salt River Pima Maricopa Tribe*, and, in support of the

instant Response, rely upon the declarations filed in support of the Opposition.

        For the reasons set forth above, as well as the reasons set forth in the Opposition and

supporting declarations filed in *Salt River Pima Maricopa Tribe*, Defendants request that

Plaintiff's Motion for Entry of Trust Record Preservation Order be denied in its entirety.

            Respectfully submitted this 20th day of June 2008,

                                RONALD J. TENPAS
                                Assistant Attorney General

                                */s/ Jody H. Schwarz*
                                JODY H. SCHWARZ, DC Bar #493998
                                United States Department of Justice
                                Environment and Natural Resources Division
                                Natural Resources Section
                                P.O. Box 663
                                Washington, DC  20044-0663
                                Tel:    202-305-0245
                                Fax:    202-353-2021
                                jody.schwarz@usdoj.gov

                                Attorney for Defendants

                                OF COUNSEL:

ANTHONY P. HOANG, FL Bar #798193
United States Department of Justice
Environment and Natural Resources Division
P. O. Box 663
Washington, DC 20044-0663
Tel: (202) 305-0241
Fax: (202) 353-2021

GLADYS ORR COJOCARI
Office of the Solicitor
United States Department of the Interior
Washington, DC  20240

TERESA E. DAWSON
Office of the Chief Counsel
Financial Management Service
United States Department of the Treasury
Washington, DC  20240

**CERTIFICATE OF SERVICE**

        I hereby certify that a true and accurate copy of the foregoing DEFENDANTS'
RESPONSE TO PLAINTIFF'S MOTION FOR ENTRY OF TRUST RECORD
PRESERVATION ORDER was served on June 20, 2008, by Electronic Case Filing or by
regular, first-class United States mail, postage pre-paid, and by electronic mail or telefax, unless
otherwise noted below, on the following counsel:

    Patricia A. Marks
    15992 A.E. Mullinix Road
    Woodbine, MD  21797-8440
    Fax: (301) 854-5117

    Walter J. Lack
    Brian J. Leinbach
    ENGSTROM, LIPSCOMB & LACK
    10100 Santa Monica Blvd., 16th Floor
    Los Angeles, CA  90067-4107
    Fax: (310) 552-9434

    Thomas V. Girardi
    Keith Griffin
    GIRARDI & KEESE
    1126 Wilshire Boulevard
    Los Angeles, CA 90017-1904
    Fax: (213) 481-1554

    Gregory A. Yates
    16830 Ventura Blvd, Suite 250
    Encino, CA 91436
    Fax: (818) 905-7038

                                                        */s/ Jody H. Schwarz*
                                                        JODY H. SCHWARZ